FILED
2021 SEP 8 PM 3:35
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| REBECCA KANGAS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>Defendant. | **REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)**<br><br>Case No. 1:21-cv-00122-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Plaintiff Rebecca Kangas' Motion to Proceed *In Forma Pauperis* (Doc. No. 1). Because Ms. Kangas has not shown a financial inability to pay the required filing fee, the undersigned recommends the district judge DENY the motion.

Under 28 U.S.C. § 1915, a federal court may authorize commencement of an action without prepayment of fees by a person who is unable to pay such fees. *See* 28 U.S.C. § 1915(a)(1). To proceed *in forma pauperis* under section 1915, Ms. Kangas must show a financial inability to pay the required filing fee. *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). Although Ms. Kangas reports she is unemployed, she discloses that her spouse's gross monthly income exceeds 200% of the Federal Poverty Guidelines based on her household size. Therefore, she has not shown a financial inability to pay the required filing fee.

Accordingly, the undersigned RECOMMENDS the district judge DENY the motion, (Doc. No. 1). The undersigned further RECOMMENDS Ms. Kangas be given thirty (30) days in which to pay the filing fee. The court will send copies of this Report and Recommendation to Ms. Kangas, who the court notifies of her right to object to the same. *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b). Ms. Kangas must file any objection to this Report and Recommendation

within fourteen (14) days of service thereof.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 8th day of September, 2021.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge